IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROSALEEE SMITH, | § § | |
| Plaintiff, | § § | Civil Action No. 5:21-CV-00396-JKP-RBF |
| v. | § § § | |
| SPECIALIZED LOAN SERVICING, LLC, | § § § | |
| Defendant. | § | |

## JOINT ADR REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Rosalee Smith ("Plaintiff") and Defendant Specialized Loan Servicing, LLC ("Defendant") (together with Plaintiff, the "Parties") hereby file this report on alternative dispute resolution ("ADR") in compliance with Local Rule CV-88 and pursuant to the Scheduling Order entered on May 25, 2021, and respectfully show unto the Court as follows:

1. The Parties do not believe that ADR is appropriate in this case for the reason that the Parties are already participating in informal settlement negotiations.

2. If the Court feels ADR is appropriate, the Parties request additional time to agree on a mediator.

Respectfully submitted,

| For the Plaintiff: | For the Defendant: |
|---|---|
| John G. Helstowski | Crystal Gee Gibson |
| Texas State Bar No. 24078653; S.D. Bar No. 2799780 | Texas State Bar No. 24027322 |
| J, GANNON HELSTOWSKI LAW FIRM | BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP |
| 5209 Heritage Avenue, Suite 510 | 4004 Belt Line Road, Suite 100 |
| Colleyville, Texas 76034 | Addition, Texas 75001 |
| (817) 382-3125 – Telephone | Telephone: (972) 386-5040 |
| (817) 382-1799 – Facsimile | Facsimile: (972) 386-7673 |
| jgh@jghfirm.com – Email | mail: CrystalR@bdfgroup.com |
| Lead Counsel for Plaintiff | Lead counsel for Defendant |