IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ROSALEEE SMITH,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 5:21-CV-00396-JKP-RBF |
| | § | |
| v. | § | |
| | § | |
| **SPECIALIZED LOAN SERVICING, LLC,** | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF ROSALEE SMITH'S
### EXPERT WITNESS DESIGNATION

**COMES NOW** Rosalee Smith, Plaintiff, and pursuant to this Court's Scheduling Order [Dkt. 7] and Rule 26(a)(2) of the Federal Rules of Civil Procedure, hereby files this her Expert Witness Designation as follows:

1. Plaintiff will call the following expert witness as part of Plaintiff's case-in-chief:

   John G. Helstowski
   Texas State Bar No. 24078653
   J. Gannon Helstowski Law Firm
   13601 Preston Road, Suite E920
   Dallas, Texas 75240
   (817) 382-3125 - Telephone
   (817) 382-1799 – Facsimile

Mr. Helstowski is the Plaintiff's lead counsel of record and will testify concerning all reasonable and necessary attorney's fees and costs that have been incurred by Plaintiff in this civil action. He will also testify as to any other reasonable and necessary attorney's fees and costs that he anticipates Plaintiff may incur in any appeal to the U.S. Fifth Circuit Court of Appeals, as well as any further appeal to the U.S. Supreme Court. A true and correct copy of his Curriculum Vitae is attached hereto marked Exhibit "A".

Respectfully submitted,

**/s/ *John G. Helstowski***
John G. Helstowski
Texas Bar No. 24078653; S.D. Bar No. 2799780
J. GANNON HELSTOWSKI LAW FIRM
5209 Heritage Avenue, Suite 510
Colleyville, Texas 76034
Telephone: (817) 382-3125
Facsimile: (817) 382-1799
Email: jgh@jghfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on August 18, 2021, a true and correct copy of the foregoing *Plaintiff Rosalee Smith's Expert Witness Designation* was filed and served upon all parties and counsel of record via the Court's CF/ECF and the Federal Rules of Civil Procedure.

**/s/ *John G. Helstowski***
John G. Helstowski