# JOHN GANNON HELSTOWSKI

5209 HERITAGE AVENUE, SUITE 510  (817) 382-3125
COLLEYVILLE, TEXAS 76034  JGH@JGHFIRM.COM

## Bar Admission
Admitted to the State Bar of Texas September 2011

## Education
**Texas Wesleyan University School of Law**, Fort Worth, Texas
*Juris Doctorate*, December 2009
Dean's list student with papers in commercial bankruptcy, and the intellectual and liabilities of corporations in emerging technologies under the EPA, CIRCLA, RYCRA, and other regulatory branches including onshore and offshore oil and gas production
**The University of North Texas**, Denton, Texas
*BA in History*

## Work Experience

**J. Gannon Helstowski Law Firm,** Dallas, Texas
*Owner/Solo Attorney (April 2016 to present)*
- Owner and manager of solo practice specializing in civil litigation, including Real Estate litigation in both state and Federal Court.

**The Ramos Law Firm,** Farmers Branch, Texas
*Partner (January 2015 to March 2016)*
- Handled a variety of civil litigation lawsuits, including Real Estate Litigation in both State and Federal Court.

**Lee Law Firm, PLLC,** Hurst Texas
*Senior Attorney (2014 – January 2015)*
- Managed the Dallas office and all case filings in Northern District Dallas division and Wichita Falls division, as well as Eastern District of Texas. Supervised 3 attorneys and multiple of staff.

**Laas Law Firm**, Dallas, Texas
*Associate Attorney/ Consultant (October 2013 to April 2014)*
- Retained to set up and develop new branch of Firm located in Dallas and practicing in Northern and Eastern District
- Hired and trained new staff and attorneys prior to departure.

**Allmand Law Firm**, Dallas, Texas
*Associate Attorney (January 2012 to October 2013)*
- Reviewed and filed all new bankruptcy cases filed 200 new cases a month, from 140 when started.
- Took initial consultations and made court appearances before the northern and eastern district courts. Drafted and filed responses to all creditor objections and provided strategic case management. Managed Chapter 7 Docket and Ch 13 docket

**Law Offices of Willard Bakeman**, Orange County, California
*Associate Attorney (2010-2011)*



EXHIBIT A

• Supervised an independent field office with 12 employees. Provided a comprehensive array of legal services, focusing on bankruptcy, real estate and contract issues. Manage and review work done by multiple paralegals operating out of the office. Delivered highly effective training and seminars to employees on new operation and issues. Appeared at trials, negotiations, depositions, hearings, and proceedings on behalf of clients.

## Community Activities

Eagle Scout and Committee member for the Circle Ten council of Texas.