IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROSALEE SMITH, § | |
| § | |
| Plaintiff, § | Civil Action No. 5:21-CV-00396- |
| § | JKP-RBF |
| v. § | |
| § | |
| SPECIALIZED LOAN SERVICING, LLC, § | |
| § | |
| Defendant. § | |

## JOINT STATUS REPORT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff Rosalee Smith ("Plaintiff") and Defendant Specialized Loan Servicing, LLC ("Defendant") (collectively the "Parties") hereby file this Joint Status Report. In support thereof, the Parties respectfully show the Court:

1. On May 25, 2021, the Court entered a Scheduling Order. [Doc. 7]. The Court ordered the Parties to provide a joint report setting forth the status of settlement negotiations on or before January 17, 2022.

2. On June 22, 2021 the Parties filed a Joint ADR Report [Doc. 10] notifying the Court they do not believe that ADR is appropriate in this case for the reason that the Parties are already participating in informal settlement negotiations.

3. The Parties have resumed settlement discussions and expect to enter into a formal settlement agreement wherein a stipulation of dismissal will be submitted to the Court within the next 60 days.

Dated:  January 18, 2022.

Respectfully submitted,

| For the Plaintiff: | For the Defendant: |
|---|---|
| */s/John G. Helstowski w/permission* | /s/*Crystal G. Gibson* |
| John G. Helstowski | Crystal Gee Gibson |
| Texas State Bar No. 24078653; S.D. Bar No. 2799780 | Texas State Bar No. 24027322 |
| J, GANNON HELSTOWSKI LAW FIRM | BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP |
| 5209 Heritage Avenue, Suite 510 | 4004 Belt Line Road, Suite 100 |
| Colleyville, Texas 76034 | Addition, Texas 75001 |
| (817) 382-3125 – Telephone | Telephone: (972) 386-5040 |
| (817) 382-1799 – Facsimile | Facsimile: (972) 386-7673 |
| jgh@jghfirm.com – Email | mail: CrystalR@bdfgroup.com |
| Lead Counsel for Plaintiff | Lead counsel for Defendant |