IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROSALEE SMITH, | § § § | |
| *Plaintiff*, | § § | 5-21-CV-00396-JKP |
| vs. | § § § | |
| SPECIALIZED LOAN SERVICING, LLC, | § § § § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the above-styled and numbered cause of action, which was referred to me for all nondispositive pretrial proceedings. *See* Dkt. No. 2. The Court is in receipt of the parties' January 18, 2022 Status Report, which informs the Court that they have reached a settlement. *See* Dkt. No. 12. Accordingly, **IT IS HEREBY ORDERED** that the parties shall file a stipulation of dismissal on or before **March 18, 2022**. Should the parties require additional time to finalize their settlement agreement, they should inform the Court by filing a motion for extension.

Having considered and acted upon all matters for which the above-entitled and numbered case was referred, it is **ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

**IT IS SO ORDERED**.

SIGNED this 4th day of February, 2022.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE