UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **ROSALEE SMITH,** | § |
| *Plaintiff*, | § |
| v. | §   Civil Action No. 5:21-cv-00396 |
| **SPECIALIZED LOAN SERVICING, LLC,** | § |
| *Defendants*. | § |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

The undersigned attorney, Shelley L. Hopkins hereby notifies the Court that she is entering an appearance as Lead Counsel for SPECIALIZED LOAN SERVICING, LLC, its successors and assigns, Defendant in the above-entitled and numbered cause.

Please forward all notices and pleadings to the undersigned counsel to listed below:

Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Respectfully submitted,

By: /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Suite 100
Addison, Texas 75001
(972) 386-5040
(972) 341-0734 (Facsimile)
RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of February 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

**VIA ECF:**

John G. Helstowski
J. Gannon Helstowski Law Firm
5209 Heritage Ave., Suite 510
Colleyville, Texas 76034
jgh@jghfirm.com

                                                  /s/ *Shelley L. Hopkins*
                                                  Shelley L. Hopkins