UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **ROSALEE SMITH,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | **Civil Action No. 5:21-cv-00396-JKP-RBF** |
| § | |
| **SPECIALIZED LOAN** § | |
| **SERVICING, LLC,** § | |
| § | |
| *Defendant*. § | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Rosalee Smith ("Plaintiff") and Defendant Specialized Loan Servicing, LLC ("Defendant") (collectively the "Parties") by and through their undersigned counsel, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or could have been asserted by Plaintiff against Defendant are hereby dismissed with prejudice, pursuant to the Parties agreement.

Respectfully submitted,

| | |
|---|---|
| /s/ *Shelley L. Hopkins* | /s/ *John G. Helstowski* |
| Shelley L. Hopkins | John G. Helstowski |
| Texas State Bar No.: 24036497 | Texas State Bar No. 24078653 |
| BARRETT DAFFIN FRAPPIER | J. GANNON HELSTOWSKI LAW FIRM |
| TURNER & ENGEL, L.L.P. – *Of Counsel* | 5209 Heritage Avenue, Suite 510 |
| Hopkins Law, PLLC | Colleyville, Texas 76034 |
| 3 Lakeway Centre Ct., Suite 110 | (817) 382-3125 – Telephone |
| Austin, Texas 78734 | (817) 382-1799 – Facsimile |
| (512) 600-4320 | jgh@jghfirm.com |
| ShelleyH@bdfgroup.com | **Counsel for Plaintiff** |
| shelley@hopkinslawtexas.com | |
| **Counsel for Defendant** | |